# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JEFFREY ORENSTEIN,** *on behalf of himself and all others similarly situated,* *Plaintiff* § § § § | |
| **v.** § | **Case No. 1:23-cv-00391-SH** |
| **SPRUCE SERVICES, INC.,** *Defendant* § § § | |

## ORDER

Pursuant to the parties' consent, this case has been transferred to this Magistrate Judge. All future pleadings should be filed with "SH" after the cause number, as above.

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on **Tuesday, March 12, 2024 at 3 p.m. CDT**. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

\*\*Please call in 5 minutes before the hearing starts.\*\*

1. Toll free number: (877) 873-8018
2. Access code: 6000190#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Kieshonda Taylor at Kieshonda_Taylor@txwd.uscourts.gov.

**SIGNED** on March 11, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE