UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Jeffrey Orenstein, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Spruce Services, Inc.,<br><br>    Defendant. | CASE NO. 1:23-cv-00391-SH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Jeffrey Orenstein ("Plaintiff") and Spruce Services, Inc. ("Defendant") hereby jointly stipulate to the dismissal of this matter with prejudice, with each party to bear their own costs, expenses, and attorneys' fees. The Parties respectfully request that this case be terminated and closed.

Date: September 17, 2024

/s/ *Alex D. Kruzyk*
Alex D. Kruzyk
Bryan A. Giribaldo
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
Tele: (561) 726-8444
akruzyk@pkglegal.com
bgiribaldo@pkglegal.com

*Counsel for Plaintiff*

/s/ *Aaron S. Weiss*
Aaron S. Weiss
**Carlton Fields, P.A**
700 NW 1st Ave, Ste 1200
Miami, Florida 33176
aweiss@carltonfields.com

*Counsel for Spruce*

1