# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JEFFREY ORENSTEIN,** *on behalf of himself and all others similarly situated,*<br>*Plaintiff*<br><br>**v.**<br><br>**SPRUCE SERVICES, INC.,**<br>*Defendant* | **Case No. 1:23-cv-00391-SH** |

## FINAL JUDGMENT

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed September 17, 2024 (Dkt. 38). The parties stipulate to the dismissal of this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this case, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS FURTHER ORDERED** that all settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on September 18, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE